**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KAYELAH BILDERBACK, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:21-CV-00595-SPM |
| JOSEPH P. PIERCE, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

On December 9, 2021, the Court held a conference to discuss the status of this case in light of the Court's December 2, 2021 order granting Defendant's motion for a stay of discovery directed toward him pending the outcome of the criminal case against him. On the record, Defendant's counsel stated that the criminal case against Defendant has now been resolved and that the stay of discovery directed toward Defendant is no longer necessary. The Court and counsel also discussed the possibility of changing some deadlines in the current Case Management Order.

For the reasons stated on the record at the conference,

**IT IS HEREBY ORDERED** that the stay of discovery directed toward Defendant, entered on December 2, 2021, is **LIFTED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and shall submit a joint proposed scheduling plan to the Court no later than **January 5, 2022**.

**IT IS FURTHER ORDERED** that, by agreement of the parties, Defendant shall respond to Plaintiffs' outstanding discovery requests no later than **January 5, 2022**.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of December, 2021.